United States Bankruptcy Court

Southern District of Florida

In re:                                                                                    Case No. 20-20870-LMI

Margarita Herrero de Jesus                                                 Chapter 13

        Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 113C-1                          User: covington                                Page 1 of 4

Date Rcvd: Nov 10, 2020                    Form ID: CGFD42                            Total Noticed: 73

The following symbols are used throughout this certificate:
**Symbol        Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
             regulations require that automation-compatible mail display the correct ZIP.


**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 12, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Margarita Herrero de Jesus, 10601 NW 105th Way 644, Miami, FL 33178-1157 |
| 95900975 | | Bb&T, Credit Card Disputes, Wilson, NC 27894 |
| 95900979 | + | Blair LLC, 220 Hickory St, Warren, PA 16366-0001 |
| 95947377 | + | Compass Financial Federal Credit Union, c/o Chad D. Heckman, P.O. Box 12492, Tallahassee, FL 32317-2492 |
| 95900995 | + | Credit Control, LLC, Pob 31179, Tampa, FL 33631-3179 |
| 95901005 | + | FMA Alliance Ltd., 12339 Cutten Rd, Houston, TX 77066-1807 |
| 95901000 | + | Fannie Mae Mortgage Loan Company, c/o Timothy J. Mayopoulos, CEO, 3900 Wisconsin Avenue, NW, Washington, DC 20016-2806 |
| 95901006 | | Freddie Mac Mortgage Loan Company, c/o Donald H. Layton, CEO, 8200 Jones Branch Dr., Mc Lean, VA 22102-3110 |
| 95901007 | + | Honorable Ariana Fajardo Orshan, US Attorney for Southern District, 99 NE 4 St, Miami, FL 33132-2131 |
| 95901008 | + | Honorable William P. Barr, Attorney General, Dept of Justice #4400, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 95915591 | + | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 95901015 | + | Oh Pueblo Traders, 220 Hickory St, Warren, PA 16366-0002 |
| 95901018 | | Primeway FCU, Cb Disputes, Saint Louis, MO 63166 |
| 95901020 | + | Radius Global Solutions, P.O. Box 390900, Minneapolis, MN 55439-0990 |
| 95901031 | + | The Bureaus Inc, 650 Dundee Road, Northbrook, IL 60062-2747 |
| 95901032 | + | The Bureaus Inc, Attn: Bankruptcy, 650 Dundee Rd, Ste 370, Northbrook, IL 60062-2757 |
| 95945208 | | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |

TOTAL: 17


**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern
Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: FLDEPREV.COM | Nov 11 2020 04:38:00 | Florida Department of Revenue, POB 6668, Bankruptcy Division, Tallhassee, FL 32314-6668 |
| ust | + | Email/Text: USTPRegion21.MM.ECF@usdoj.gov | Nov 11 2020 02:28:00 | Office of the US Trustee, 51 S.W. 1st Ave., Suite 1204, Miami, FL 33130-1614 |
| 95900978 | | Email/Text: bankruptcy@bbandt.com | Nov 11 2020 02:28:00 | BB&T, In Care of Bankruptcy Dept, Po Box 1847, Wilson, NC 27894 |
| 95900977 | | Email/Text: bankruptcy@bbandt.com | Nov 11 2020 02:28:00 | Bb&T, Attn: Bankruptcy, Po Box 1847, Wilson, NC 27894 |
| 95900976 | + | Email/Text: bankruptcy@bbandt.com | Nov 11 2020 02:28:00 | BB&T, Pob 3285, Coppell, TX 75019-4294 |
| 95931657 | + | Email/Text: bankruptcy@bbandt.com | Nov 11 2020 02:28:00 | BB&T Now Truist, PO Box 1847, Wilson, NC 27894-1847 |
| 95900981 | + | EDI: CAPITALONE.COM | Nov 11 2020 04:38:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 95900980 | + | EDI: CAPITALONE.COM | Nov 11 2020 04:38:00 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 95909563 | | EDI: CAPITALONE.COM | Nov 11 2020 04:38:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 95900983 | + | EDI: CITICORP.COM | Nov 11 2020 04:38:00 | Cbna, Attn: Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |

District/off: 113C-1   User: covington   Page 2 of 4
Date Rcvd: Nov 10, 2020   Form ID: CGFD42   Total Noticed: 73

| | | | |
|---|---|---|---|
| 95900982 | + EDI: CITICORP.COM | Nov 11 2020 04:38:00 | Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 95900984 | + EDI: CITICORP.COM | Nov 11 2020 04:38:00 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 95900985 | + EDI: CITICORP.COM | Nov 11 2020 04:38:00 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 95900986 | + EDI: WFNNB.COM | Nov 11 2020 04:38:00 | Comenity Bank/Arizona Mail Order, Po Box 182789, Columbus, OH 43218-2789 |
| 95900987 | + EDI: WFNNB.COM | Nov 11 2020 04:38:00 | Comenity Bank/Arizona Mail Order, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 95900988 | + EDI: WFNNB.COM | Nov 11 2020 04:38:00 | Comenity Bank/Blair, Po Box 182120, Columbus, OH 43218-2120 |
| 95900989 | + EDI: WFNNB.COM | Nov 11 2020 04:38:00 | Comenity Bank/Blair, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 95900991 | + EDI: WFNNB.COM | Nov 11 2020 04:38:00 | Comenity/ MPRC, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 95900990 | + EDI: WFNNB.COM | Nov 11 2020 04:38:00 | Comenity/ MPRC, Po Box 182120, Columbus, OH 43218-2120 |
| 95900992 | + EDI: WFNNB.COM | Nov 11 2020 04:38:00 | Comenitycapital/bjsclb, Po Box 182120, Columbus, OH 43218-2120 |
| 95900993 | + EDI: WFNNB.COM | Nov 11 2020 04:38:00 | Comenitycapital/bjsclb, Attn: Bankruptcy Dept, Po Box 183003, Columbus, OH 43218-3003 |
| 95900994 | + Email/Text: lacosta@compassffcu.org | Nov 11 2020 02:28:00 | Compassfifcu, P O Box 160580, Hialeah, FL 33016-0010 |
| 95900998 | EDI: DISCOVER.COM | Nov 11 2020 04:38:00 | Discover Financial, Pob 15316, Wilmington, DE 19850 |
| 95900997 | EDI: CITICORP.COM | Nov 11 2020 04:38:00 | Department Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 95900996 | EDI: CITICORP.COM | Nov 11 2020 04:38:00 | Department Store National Bank/Macy's, Po Box 8218, Mason, OH 45040 |
| 95900999 | + EDI: DISCOVER.COM | Nov 11 2020 04:38:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 95901002 | + EDI: BLUESTEM | Nov 11 2020 04:38:00 | Fingerhut, Attn: Bankruptcy, Po Box 1250, Saint Cloud, MN 56395-1250 |
| 95901001 | + EDI: BLUESTEM | Nov 11 2020 04:38:00 | Fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 95901003 | + EDI: AMINFOFP.COM | Nov 11 2020 04:38:00 | First PREMIER Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 95901004 | + EDI: AMINFOFP.COM | Nov 11 2020 04:38:00 | First PREMIER Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 95901009 | EDI: IRS.COM | Nov 11 2020 04:38:00 | Internal Revenue Service, Centralized Insolvency Operation, POB 7346, Philadelphia, PA 19101-7346 |
| 95901011 | + Email/Text: PBNCNotifications@peritusservices.com | Nov 11 2020 02:27:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 95901010 | + Email/Text: PBNCNotifications@peritusservices.com | Nov 11 2020 02:27:00 | Kohls/Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| 95920358 | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 11 2020 02:43:47 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |

| District/off: 113C-1 | User: covington | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Nov 10, 2020 | Form ID: CGFD42 | Total Noticed: 73 |

| | | | |
|---|---|---|---|
| 95901012 | + Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | Nov 11 2020 02:45:31 | Merrick Bank/CardWorks, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 95901013 | + Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | Nov 11 2020 02:43:48 | Merrick Bank/CardWorks, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 95901014 | + EDI: MID8.COM | | |
| | | Nov 11 2020 04:38:00 | Midland Funding LLC, 8875 Aero Dr Ste 200, San Diego, CA 92123-2255 |
| 95901017 | + EDI: AGFINANCE.COM | | |
| | | Nov 11 2020 04:38:00 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 95901016 | + EDI: AGFINANCE.COM | | |
| | | Nov 11 2020 04:38:00 | OneMain Financial, Po Box 1010, Evansville, IN 47706-1010 |
| 95901019 | + Email/Text: collections1@primewayfcu.com | | |
| | | Nov 11 2020 02:29:00 | Primeway FCU, Attn: Bankruptcy, Po Box 53088, Houston, TX 77052-3088 |
| 95901022 | + EDI: STF1.COM | | |
| | | Nov 11 2020 04:38:00 | Suntrust Bk Miami Na, Attn: Bankruptcy, Mail Code VA-RVW-6290 PO Box 85092, Richmond, VA 23285-5092 |
| 95901021 | + EDI: STF1.COM | | |
| | | Nov 11 2020 04:38:00 | Suntrust Bk Miami Na, Po Box 85526, Richmond, VA 23285-5526 |
| 95901024 | + EDI: RMSC.COM | | |
| | | Nov 11 2020 04:38:00 | Syncb/Care Credit, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 95901023 | + EDI: RMSC.COM | | |
| | | Nov 11 2020 04:38:00 | Syncb/Care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 95901025 | + EDI: RMSC.COM | | |
| | | Nov 11 2020 04:38:00 | Syncb/hhgreg, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 95901026 | + EDI: RMSC.COM | | |
| | | Nov 11 2020 04:38:00 | Syncb/hhgreg, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 95901027 | + EDI: RMSC.COM | | |
| | | Nov 11 2020 04:38:00 | Synchrony Bank, Po Box 965005, Orlando, FL 32896-5005 |
| 95901028 | + EDI: RMSC.COM | | |
| | | Nov 11 2020 04:38:00 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 95901030 | + EDI: RMSC.COM | | |
| | | Nov 11 2020 04:38:00 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 95901029 | + EDI: RMSC.COM | | |
| | | Nov 11 2020 04:38:00 | Synchrony Bank/ JC Penneys, Po Box 965007, Orlando, FL 32896-5007 |
| 95901035 | + EDI: WFFC.COM | | |
| | | Nov 11 2020 04:38:00 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a, Des Moines, IA 50328-0001 |
| 95901033 | EDI: WFFC.COM | | |
| | | Nov 11 2020 04:38:00 | Wells Fargo Bank NA, Credit Bureau Dispute Resoluti, Des Moines, IA 50306 |
| 95901034 | + EDI: WFFC.COM | | |
| | | Nov 11 2020 04:38:00 | Wells Fargo Bank NA, P.o. Box 94435, Albuquerque, NM 87199-4435 |
| 95901036 | + EDI: WFFC.COM | | |
| | | Nov 11 2020 04:38:00 | Wells Fargo Bank NA, Mac F8234f-02f, Po Box 10438, Des Moines, IA 50306-0438 |
| 95918992 | EDI: WFFC.COM | | |
| | | Nov 11 2020 04:38:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 95901037 | + Email/Text: BKRMailOps@weltman.com | | |
| | | Nov 11 2020 02:29:00 | Weltman, Weinberg & Reis, Matco, 323 W Lakeside Ave # 200, Cleveland, OH 44113-1009 |

TOTAL: 56

# BYPASSED RECIPIENTS

District/off: 113C-1                           User: covington                                Page 4 of 4
Date Rcvd: Nov 10, 2020                        Form ID: CGFD42                                 Total Noticed: 73

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 12, 2020                             Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 10, 2020 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Nancy K. Neidich | e2c8f01@ch13miami.com  ecf2@ch13miami.com |
| Office of the US Trustee | USTPRegion21.MM.ECF@usdoj.gov |
| Patrick L Cordero, Esq | on behalf of Debtor Margarita Herrero de Jesus ecfmail@pcorderolaw.com  corderopr93260@notify.bestcase.com |

TOTAL: 3

**CGFD42** (4/23/19)



**ORDERED in the Southern District of Florida on November 10, 2020**

**Laurel M Isicoff**
Chief United States Bankruptcy Judge

# United States Bankruptcy Court
## Southern District of Florida
### www.flsb.uscourts.gov

**Case Number: 20–20870–LMI**

**Chapter: 13**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Margarita Herrero de Jesus
aka Margarita Herrero
10601 NW 105th Way 644
Miami, FL 33178

SSN: xxx–xx–3570

## ORDER DISMISSING CASE FOR FAILURE TO MAKE PRE–CONFIRMATION PLAN PAYMENTS AND FOR FAILURE TO APPEAR AT THE SECTION 341 MEETING OF CREDITORS

This matter is before the court ex parte pursuant to Local Rule 3070–1(C) for failure of the debtor to remit to the trustee pre–confirmation plan payments, and pursuant to Local Rule 1017–2(B)(2) for failure of the debtor to appear at the § 341 Meeting of Creditors.

It is **ORDERED** that:

*Page 1 of 2*

1. This case is dismissed.

2. All pending motions are denied as moot.

3. The trustee shall file a final report prior to the administrative closing of the case.

4. (If applicable) the debtor shall immediately pay to the Clerk, U.S. Court, C. Clyde Atkins United States Courthouse, 301 North Miami Avenue, Room 150, Miami, FL 33128, **$0.00** for the balance of the filing fee as required by Local Rule 1017–2(E). Any funds remaining with the trustee shall be applied to this balance and the trustee must dispose of any funds in accordance with the Bankruptcy Code and Local Rule 1017–2(F), unless otherwise ordered by the court. The court will not entertain a motion for reconsideration of this order unless all unpaid fees are paid at the time the motion is filed.

5. A motion to rehear, reconsider, or reinstate a dismissed case must be filed in accordance with the requirements of Local Rule 9013–1(E).

6. In accordance with Local Rule 1002–1(B), the clerk of court is directed to refuse to accept for filing any future voluntary petitions submitted by this debtor if the refiling violates a prior order of the court or if the petition is accompanied by an Application to Pay Filing Fee in Installments and filing fees remain due from any previous case filed by the debtor.

*# # #*

The clerk shall serve a copy of this order on all parties of record.

*Page 2 of 2*